

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JESUS DIAZ-ALVAREZ | CASE NUMBER: 08CR1310-W |

I, JESUS DIAZ-ALVAREZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4/24/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jesus Diaz Alvarez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
APR 2 4 2008